UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROSS LAMAR WILLIAMS,
    Plaintiff,

vs.                                            Case No.:  3:20cv5782/MCR/ZCB

B. SOWELL,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on February 14, 2023.  ECF No. 58.  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.  *See* ECF No. 59.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 58, is adopted and incorporated by reference in this order.

2. Defendant's motion for summary judgment, ECF No. 43, is **GRANTED**.

3. Defendant's motion to dismiss ECF No. 29, is **DENIED as moot**.

4. The Clerk of Court is directed to enter judgment in favor of Defendant and close this case.

**DONE AND ORDERED** this 17th day of March 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**